United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C2 EDUCATIONAL SYSTEMS, INC.,

    Plaintiffs,

v.

SUNNY LEE, et al.,

    Defendants.

Case No. 18-cv-02920-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 16, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 8, 2019.

DESIGNATION OF EXPERTS: April 12, 2019; REBUTTAL: May 3, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 31, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 7, 2018;
    Opp. Due: June 21, 2019; Reply Due: June 28, 2019;
    and set for hearing no later than July 12, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 24, 2019 at 3:30 PM.

JURY TRIAL DATE: October 7, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The laptops will be turned over for examination by Wednesday, 8/22/18.
The parties shall discuss ADR procedures at the next calling of the case.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 8/20/18

_____
SUSAN ILLSTON
United States District Judge