UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C2 EDUCATIONAL SYSTEMS, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SUNNY LEE, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-02920-SI  (SI)<br><br>**AMENDED**<br>**PRETRIAL PREPARATION ORDER**<br>**(CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT:  March 15, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 8, 2019.

DESIGNATION OF EXPERTS: April 12, 2019; REBUTTAL: May 3, 2019;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 31, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 7, 2019;
　　Opp. Due: June 21, 2019; Reply Due: June 28, 2019;
　　and set for hearing no later than July 12, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 24, 2019 at 3:30 PM.

JURY TRIAL DATE: October 7, 2019 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

On or before 11/30/18, counsel shall submit a request for a specific ADR process and the name of the mediation.  The session shall occur in 2/2019, and plaintiff's deposition shall

occur in 1/2019.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 11/19/18

_____
SUSAN ILLSTON
United States District Judge