UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C2 EDUCATIONAL SYSTEMS, INC., | Case No. 18-cv-02920-SI |
| Plaintiff, | |
| v. | **ORDER RE: DISCOVERY DISPUTE** |
| SUNNY LEE, et al., | Re: Dkt. No. 62 |
| Defendants. | |

The parties have contacted the Court to resolve a dispute regarding the upcoming depositions of defendants So Yeon Jang and Sunny Lee, currently scheduled for April 9 and 10, 2019, respectively. Dkt. No. 62. In the interests of expediency, the Court hereby **VACATES** the telephonic conference currently set for April 8, 2019, and issues the following Order.

In light of the lengthy and unexplained delay between defendants' agreement in October 2018 to remove the Attorneys' Eyes Only designation from documents on the laptops that Jang and Lee possessed, and the defendants' actual removal of the designation on April 1, 2019, the Court finds that a short extension of the deadlines in this case are warranted. **The Court hereby EXTENDS the non-expert discovery cutoff deadline to April 19, 2019.** Plaintiff shall have through that date to complete its depositions of defendants. The parties are cautioned to work cooperatively to select deposition dates during that window, as the Court agrees with plaintiff's counsel that additional time may be required to prepare for the depositions, in light of the recent de-designation of previously confidential documents. However, the Court will not be inclined to extend this deadline further, particularly given that plaintiff's counsel has had the documents in question since August 2018. Nor will the Court move the October 7, 2019 trial date.

**IT IS SO ORDERED**.

Dated: April 5, 2019

_____
SUSAN ILLSTON
United States District Judge