| | |
|---|---|
| 1 | LISA M. BOWMAN, CA Bar No. 253843 |
| | lisa.bowman@ogletree.com |
| 2 | OGLETREE, DEAKINS, NASH, SMOAK & |
| | STEWART, P.C. |
| 3 | Steuart Tower, Suite 1300 |
| | One Market Plaza |
| 4 | San Francisco, CA  94105 |
| | Telephone:    415.442.4810 |
| 5 | Facsimile:     415.442.4870 |
| 6 | DAVID P. THATCHER, *Pro Hac Vice* |
| | david.thatcher@ogletree.com |
| 7 | OGLETREE, DEAKINS, NASH, SMOAK & |
| | STEWART, P.C. |
| 8 | One Ninety One Peachtree Tower |
| | 191 Peachtree St. NE, Suite 4800 |
| 9 | Atlanta, GA  30303 |
| | Telephone:    404.881.1300 |
| 10 | Facsimile:     404.870.1732 |
| 11 | Attorneys for Plaintiff |
| | C2 EDUCATIONAL SYSTEMS, INC. |
| 12 | |
| 13 | SCOTT COLE, CA Bar No. 160744 |
| | LAURA VAN NOTE, CA Bar No. 310160 |
| 14 | scole@scalaw.com |
| | lvannote@scalaw.com |
| 15 | SCOTT COLE & ASSOCIATES |
| | 555 12th Street, Suite 1725 |
| 16 | Oakland, CA 94607 |
| | Telephone:    510.891.9800 |
| 17 | Facsimile:     510.891.7030 |
| 18 | Attorneys for Defendants |
| | SUNNY LEE, KYUNG HYE DEBBIE HONG, SO YEON JANG, and CORE ACADEMICS, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 22 | C2 EDUCATIONAL SYSTEMS, INC., | Case No. 3:18-02920-SI |
| 23 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS, INTEREST OR ATTORNEYS FEES TO ANY PARTY** |
| 24 | v. | |
| 25 | SUNNY LEE, KYUNG HYE DEBBIE HONG, SO YEON JANG and CORE ACADEMICS, LLC, | |
| 26 | | |
| 27 | Defendants. | Complaint Filed: May 17, 2018<br>Trial Date:          October 7, 2019 |

1                                  Case No. 3:18-02920-SI
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS,
INTEREST OR ATTORNEYS FEES TO ANY PARTY

Plaintiff C2 Educational Systems, Inc. ("Plaintiff") and Sunny Lee, Kyung Hye Debbie Hong, So Yeon Jang and Core Academics, LLC ("Defendants") (Plaintiff and Defendants are collectively referred to as "the Parties"), by and through their counsel of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of this case with prejudice and without costs, interest, or attorney's fees to any Party.

**IT IS SO STIPULATED**.

DATED: September 9, 2019     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Lisa M. Bowman
　　Lisa M. Bowman
　　David P. Thatcher
　　Attorneys for Plaintiff
　　C2 EDUCATIONAL SYSTEMS, INC.

DATED: September 9, 2019     SCOTT COLE & ASSOCIATES


By: /s/ Laura Van Note
　　Laura Van Note
　　Attorneys for Defendants
　　SUNNY LEE, KYUNG HYE DEBBIE HONG, SO YEON JANG and CORE ACADEMICS, LLC

2　　Case No. 3:18-02920-SI
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS, INTEREST OR ATTORNEYS FEES TO ANY PARTY

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: September 9, 2019

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Lisa M. Bowman
    Lisa M. Bowman
    David P. Thatcher
    Attorneys for Plaintiff
    C2 EDUCATIONAL SYSTEMS, INC.

| | |
|---|---|
| 1 | LISA M. BOWMAN, CA Bar No. 253843 |
| | lisa.bowman@ogletree.com |
| 2 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 3 | Steuart Tower, Suite 1300 |
| | One Market Plaza |
| 4 | San Francisco, CA 94105 |
| | Telephone: 415.442.4810 |
| 5 | Facsimile: 415.442.4870 |
| 6 | DAVID P. THATCHER, *Pro Hac Vice* |
| | david.thatcher@ogletree.com |
| 7 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 8 | One Ninety One Peachtree Tower |
| | 191 Peachtree St. NE, Suite 4800 |
| 9 | Atlanta, GA 30303 |
| | Telephone: 404.881.1300 |
| 10 | Facsimile: 404.870.1732 |
| 11 | Attorneys for Plaintiff |
| | C2 EDUCATIONAL SYSTEMS, INC. |
| 12 | |
| 13 | SCOTT COLE, CA Bar No. 160744 |
| | LAURA VAN NOTE, CA Bar No. 310160 |
| 14 | scole@scalaw.com |
| | lvannote@scalaw.com |
| 15 | SCOTT COLE & ASSOCIATES |
| | 555 12th Street, Suite 1725 |
| 16 | Oakland, CA 94604 |
| | Telephone: 510.891.9800 |
| | Facsimile: 510.891.7030 |
| 17 | |
| 18 | Attorneys for Defendants |
| | SUNNY LEE, KYUNG HYE DEBBIE HONG,SO YEON JANG, and CORE ACADEMICS, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C2 EDUCATIONAL SYSTEMS, INC., | Case No. 3:18-02920-SI |
| Plaintiff, | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS, INTEREST OR ATTORNEYS FEES TO ANY PARTY** |
| v. | |
| SUNNY LEE, KYUNG HYE DEBBIE HONG,SO YEON JANG, and CORE ACADEMICS, LLC | Complaint Filed: May 17, 2018 |
| | Trial Date: October 7, 2019 |
| Defendants. | |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based upon the foregoing stipulation and good cause appearing, IT IS HEREBY |
| 3 | ORDERED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this case is dismissed with prejudice |
| 4 | and without costs, interest, or attorney's fees to any Party |
| 5 | |
| 6 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |

Dated: 9/9/19

*[signature: Susan Illston]*

Hon. Susan Illston
United States District Judge

39655623.1